# United States Court of Appeals
## For the First Circuit

No. 23-1021

YVONNE MARTIN, as personal representative of the Estate of Paul
McDonald,

Plaintiff, Appellant,

v.

SOMERSET COUNTY ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 21, 2023,
is corrected as follows:

On page 16, line 4 of footnote 4, add "court" between
"district" and "cannot".

On page 16, line 9 of footnote 4, add an ending quotation
mark after "appeal." so that it reads:  appeal.").